**No. 63240.**—George G. Wagner Co. v. United States, protests 58/18133 and 58/18168 (San Francisco).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the articles of merchandise represented by item 5503, described as "Battery, Walking Bear," and invoice item 4534, described as "Remote Control Bear," are toys that are figures or images of animate objects and composed in chief value of metal, the claim of the plaintiff was sustained.